# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **READING HOSPITAL**, *on behalf of itself and all others similarly situated* | : | |
| Plaintiffs, | : | |
|  | : | |
| v. | : | Civil No. 5:24-cv-02715-JMG |
|  | : | |
| **HILL-ROM HOLDINGS, INC.**, *et al.* | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 9th day of September, 2025, upon consideration of Plaintiff's First Amended Complaint (ECF No. 26), Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 32), Plaintiff's Response in Opposition (ECF No. 36), Defendants' Reply Brief in Support of their Motion to Dismiss (ECF No. 43), Plaintiff's Sur-Reply in Support of its Opposition to Defendants' Motion to Dismiss (ECF No. 50), and the arguments made by counsel at the oral argument held on March 25, 2025 before the Court (ECF No. 55), **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's First Amended Complaint (ECF No. 26) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge